IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1383-JLK-BNB

IVY BLACK,

       Plaintiff,

v.

WELLNESS WAY, INC., A Colorado Corporation,

       Defendant.

---

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

       Having reviewed the Parties' Stipulated Motion to Dismiss with Prejudice, and being fully advised in the premises, the Court

       ORDERS that this civil action be, and hereby is, DISMISSED WITH PREJUDICE. The Court shall award no costs or attorneys' fees to either party.

       Dated this 23rd day of June, 2005.

       BY THE COURT:

       **S/John L. Kane**
       Senior Judge, United States District Court